GENERAL COURT, MAY TERM, 1803.

### CONTEE *vs.* CHEW's Executor.

SCIRE FACIAS upon a judgment obtained against the testator in his life time at *May term* 1799. The defendant pleaded a *prior judgment* obtained by the *State of Maryland* against the testator in his life time, at *May term* 1797; that he had no *assets* in his hands more than sufficient to pay the debt due to the *state* upon the said judgment, and that the said assets were liable to the exclusive payment and satisfaction of the debt due to the *state,* &c. *General Demurrer* to the plea. *Joinder* in demurrer.

*Where the state and an individual have judgments against a deceased person, in the payment of the debts of the deceased by his executor, the judgment by the state has a preference, and is to be paid first.*

*Duckett,* for the Plaintiff.

*Johnson,* for the Defendant.

THE GENERAL COURT overruled the demurrer, and gave judgment for the defendant. See 2 *Harr. & M·Hen.* 198. 3 *Harr. & M·Hen.* 171.